# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2008

135686

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DARRYL HALL,
        Plaintiff-Appellee,

v

        SC: 135686
        COA: 274059
        Oakland CC: 05-070760-CL

DETROIT FORMING, INC.,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J., concurs in part and dissents in part and states as follows:

With regard to the 'failure to promote' claim, I would reverse the judgment of the Court of Appeals and reinstate the trial court's order granting defendant's motion for summary disposition for the reasons stated in part II of the Court of Appeals dissenting opinion. I would affirm the judgment of the Court of Appeals on the 'hostile environment' claim.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2008

Clerk

t0527